UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KERWIN D. SCOTT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:09-CV-486-FRB |
| PAUL ARNETT, et al., | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to file an appeal [Doc. #7] is **GRANTED**. Plaintiff has until **July 27, 2009** to file his Notice of Appeal.

Dated this 8th Day of July, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE